Noelle and Sinat versus the City of New York. Case number 25-2858. For this matter we have argument only from counsel for the appellants. We are taking the appellee's arguments on submission so there's no reason to rebut because there's no one to rebut. So when you're ready to answer, we'll simply hear from you. You have a total of 10 minutes. Good morning. May it please the court. Craig Gurian for appellants and I should note that there are no opposing arguments from the defendant in this case. The defendant has taken no position. The district court. Why isn't that a fatal defect here? Meaning let's turn back the clock to when you were in the district court. When you were in the district court. Now in district court docket number 10-25, this is your supplemental brief that you filed in the district court, you said there is neither a case or controversy, ongoing litigation, nor an intervention. And so as I understand it, what you did was you had a private agreement with the plaintiffs in this case to assign their interests in the stipulation and order and you wanted the district court to in the future, if you needed to move to enforce the consent decree, then there might be a standing issue that would come up. Or an assignment, a problem with the assignment. So you wanted to go to the district court and get that thumbs up from the district court. Well that sounds a little bit like an advisory opinion. And you point out that the city's not here. But are you sure, has the city stipulated that in the future they will not object to the fact that you were assigned the rights of the plaintiffs in this case? If there's a future motion to enforce, they're not going to oppose it. They've said that. Your Honor, we have to go back to the underlying document, which is in the context of consent decrees, quite unusual. This is not a case where either the district court or this court has to wonder about the existence of an assignment. There was a custom designed language that extended the promise, the contractual promise being made by the defendant from just the parties to the parties and their successors, designees, and assigns. So your position is that any time there's that kind of language, is that fair? May I just take one more minute? I know my time is limited, but it is important to be clear on the language in the underlying, not private agreement. No, yes and no. But why don't you answer Judge Subramanian's question? Are you saying that that language, that sort of classic, it binds you and your successors and assigns, means that you get an advance ruling on whether that assignment is valid? Well, actually, the way to make sure to comport with all of the rules of professional responsibility, the Rule 1.8i does not, as we know, require an assignment. And one of the reasons is that we did want to get that before the court to make sure that there were no concerns from the court having to do with the timing of when the drafted, proposed assignment was done, which was after the consent decree. And because of a very clear purpose of the assignment, we did not want to have a problem. This was an ongoing, permanent injunction in place, binding the defendant. And let me just make sure I understand what happened vis-a-vis your clients, is that you signed an assignment agreement with the plaintiffs in this case, right? We signed an assignment agreement subject to the consent of the court. It did not give my organization, Anti-Discrimination Center, a proprietary interest when it was signed. At any point later, we do not have a proprietary interest today. Now, is there anything that stops you, instead of having gone to the district court and asked for the district court to still order the agreement, anything to stop you from later, if there's ever a violation of the injunction, and you sought to enforce the plaintiff's rights as an assignee, is there anything that would prevent you at that time from having these issues about the assignment adjudicated by the court? No. And very importantly, for the vindication of both professional responsibility issues and the effectiveness of the underlying relief in the case, those have to be determined now. You can't have the original plaintiffs go off, think that they are done with the case, have the new assignee take a position in the case as the new plaintiff, and then find out two years down the line, 15 years down the line, there is a problem with the assignment, so you can't do it after all. Well, you can't. It happens all the time. It happens all the time that something comes in front of us, and it's unfortunate for the parties when that happens, but it does happen all the time, that something comes in front of us and someone says, hang on a second, that agreement from 2005 was ineffective or was inappropriate. And so, Your Honors, these folks who are purporting to be the plaintiffs, they are not the plaintiffs. They are the plaintiffs. And so, I think the point is that you, I think you were asking specifically not just to serve as assignees, but to be substituted in the docket as the plaintiff. Is that right? That's right. We did the equivalent. We didn't label it as a 25C substitution motion, but we were seeking to become the sufficient. And so, that's how we were able to get that motion to the Supreme Court, and that's how the motion was being conveyed. And this all was done, it all existed, such rights that existed, existed pursuant to the consent decree that had been entered. So you're basically offering to pay, there are still your clients, right, because you said this hasn't gone into the plaintiff, which is why the district court was so concerned about this arrangement. Let me ask you a question. If the assignment, let's assume hypothetically the assignment is allowed, or if the court had issued so ordered, what if there is an issue of enforcement down the road or compliance with the consent decree, who's going to testify for the plaintiffs? Is it you? The question of testimony, I think, Your Honor, mistakes the posture of the case, because this case has been transformed from what started out as an individual, dual-person civil rights case to one that is entirely an institutional reform consent decree, having nothing to do with the original plaintiffs. But you want to be lawyer and plaintiff at the same time, correct? You still want to represent and enforce this consent decree. You want to step in the shoes of the plaintiffs and serve as an attorney as well. Well, the assignment at question is that the plaintiffs are going to testify for the plaintiffs. The question here would have us be the plaintiffs. Who thereafter represents us as the plaintiff is a different question. But more important than that, the issue here, and let's make it more concrete, is a question of whether New York City is adhering to very specific guidelines. It's nothing personal that either the existing plaintiffs or the plaintiffs are going to testify for the plaintiffs. It wouldn't require testimony? If they're violating a consent decree and somebody is discriminated, it wouldn't require testimony? First of all, there would be no requirement for a finding of discrimination, because the right at issue here are these contractual rights that were created by the plaintiffs and the plaintiffs were created by the consent decree. And so the breach of that is what the violation is. Let me just ask you, because your time is running out. Could your organization have brought this action on its own initially? Would you have had standing to bring this action on its own? We would not have standing to have brought the action on our own, but we would not have brought the action on our own. And so, as this Court has held in Huff Asset Management, following upon, although limiting the Supreme Court application of Sprint, an assignment of claims which transfers legal title or ownership fulfills argument of injury. In fact, and that was only in a speculative claims scenario. These are vested rights that again, and this is, I repeat it because it's very important, that have nothing to do with the status or conduct of the existing plaintiffs. What a violation would, they don't have to be applying for housing. They don't have to need housing. They, and the consent decree extended it to their assignees, have a right to see that the city has a right to comply with its obligations. And also importantly, those obligations do not change depending on who the plaintiff is. That is, it is an across-the-board requirement. There is nothing added. So any organization that lacks representational or associational standing could simply nominate someone with standing to bring a lawsuit and then substitute themselves. No, that is, you, Your Honor, have just hit on one of the reasons why a very good prophylactic rule is to make sure that you do have judicial consent before there's an assignment, to make sure that there isn't any attempt to evade the provision of Rule 1.8i. That, that is, that is something which, which is a violation. It had nothing to do with this particular case where it was litigated for several years vigorously. The claims were resolved. And at this point, there are contractual rights. The standing that exists, if there's a violation, is to challenge the breach of those contractual rights. And those are something that can be transferred. What about Judiciary Law 489? So that states, no corporation or association shall take assignment of anything in action or claim or demand with the intent and for the purpose of bringing an action or proceeding thereof. And there are cases that have applied that directly to this type of situation. And I think that's very, very different from, from this one, because that, those are not the purposes. There are a variety of purposes of trying to, here, of trying to make sure over the long term the consent decree would be enforced. Second, to relieve the individual plaintiffs of the burden of having to oversee that for decades. You're talking about purposes, but remember, we're all textualists now. And so, I think, Judge Swain, just to make clear, Judge Swain focused on the text of the rules of professional conduct. And you've explained why the purposes would not be consistent with Judge Swain's ruling. And I just gave you the text of Judiciary Law 489. So do you have a case or the authority that suggests that this type of arrangement would be consistent with those statutes and authorities? I have to disagree in two respects, Your Honor. First, the text of 1.8i had nothing to do with a circumstance where there was no acquisition of the proprietary interest when a lawyer is representing a client or a client's client. A current client. That did not have anything to do, that rule does not have anything to do with a circumstance where a lawyer Right. Let's talk about 489. We understand you're arguing that. But 489 is a case that is designed to prevent the resulting strife, discord, and harassment, which could result from permitting attorneys and corporations to purchase claims for the purpose of bringing actions thereon. There is... What else is your purpose except to enforce the settlement? That is not bringing a case. That is not creating any new strife or discord. What that is doing is taking an existing dispute resolution mechanism. That exists now. That mechanism can be invoked and has been invoked by the existing plaintiffs. There would be nothing different or added to that if the assignment were concerned. And 489 has a number of cases in the past, including Bluebird Partners and Justinian Capital, where it's made clear that it's trying to do the improper purpose has to be the sole purpose, which is none of the purposes which were true here. There's nothing else that's being done. It's stepping into the shoes of the plaintiffs and having a pre-existing dispute resolution procedure that's in place. All right. Thank you, counsel. We'll take the matter under advisement.